Elizabeth H. Shea
Arnold M. Willig
HACKER & WILLIG, INC., P.S.
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935

The Honorable Patricia C. Williams
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON (Spokane/Yakima)

In re:

SHAWN C. NICHOLS AND ANN MARIE BYRD,

Debtors.

CASE NO. 09-05928-PCW

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO THE:     CLERK OF THE BANKRUPTCY COURT;
AND TO:    DEBTORS-IN-POSSESSION;
AND TO:    S. BRENT SORENSON, attorney for Debtors.

PLEASE TAKE NOTICE that Arnold M. Willig, Elizabeth H. Shea and Hacker & Willig, Inc., P.S. hereby appear as attorneys for creditor Banner Bank, and hereby request notice pursuant to Bankruptcy Rule 2002(i) and special notice of all motions, applications, hearings, orders, writings, proceedings and the like in the above-captioned matter, including, but not limited to the following:

(a)     All matters and papers which must be sent to creditors, equity security holders, or the unsecured creditors' committee, if any were to be appointed;

NOTICE OF APPEARANCE - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935

09-05928-PCW7    Doc 65    Filed 02/17/10    Entered 02/17/10 16:04:09    Pg 1 of 2

(b) All matters regarding use, sale of lease of the Debtor's property under §363 of the Bankruptcy Code;

(c) All matters regarding relief from the automatic stay under §362 of the Bankruptcy Code;

(d) All matters regarding obtaining credit under §364 of the Bankruptcy Code;

(e) All matters regarding executory contracts and unexpired leases under §365 of the Bankruptcy Code;

(f) All matters regarding the time requirements to file claims against the Debtor;

(g) All matters regarding any adversary proceeding filed by or against the Debtor; and

(h) All documents filed by any party in any adversary proceeding.

All such notices and papers should be sent to the address below:

> Arnold M. Willig
> Elizabeth H. Shea
> Hacker & Willig, Inc., P.S.
> 1501 Fourth Avenue, Suite 2150
> Seattle, WA 98101-3225

DATED this 17th day of February, 2010.

Respectfully submitted,

HACKER & WILLIG, INC., P.S.

/s/ *Elizabeth H. Shea*
Elizabeth H. Shea, WSBA #27189
Arnold M. Willig, WSBA #20104
Attorneys for Banner Bank

NOTICE OF APPEARANCE - 2

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
1501 Fourth Avenue, Suite 2150
Seattle, Washington 98101-3225
Telephone (206) 340-1935

09-05928-PCW7    Doc 65    Filed 02/17/10    Entered 02/17/10 16:04:09    Pg 2 of 2